| | | |
|---|---|---|
| NEW YORK | # DuaneMorris® | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | PHILLIP CHONG | NEWARK |
| SILICON VALLEY | DIRECT DIAL: +1 410 949 2908 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX: +1 410 949 2972 | CHERRY HILL |
| SHANGHAI | *E-MAIL:* pchong@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | *www.duanemorris.com* | OMAN |
| LOS ANGELES | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

June 15, 2016

VIA THE COURT'S CM/ECF DOCUMENT FILING SYSTEM

The Honorable Paula Xinis
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

  Re: *Williams v. 21st Mortgage Corporation, et al.*
     Case No. 16-cv-01210-PX

Dear Judge Xinis:

  This law firm represents Defendant Ocwen Loan Servicing ("Ocwen") in the above referenced case. We write, pursuant to Local Rule 101(b)(i), to request that the Court excuse the presence of an attorney formally admitted to the Bar of this Court from the status conference call scheduled for Friday, June 17, 2016 at 3:00 p.m.

  Ocwen is represented by two Duane Morris attorneys -- Phillip Chong and Brian Slipakoff. Mr. Chong is Ocwen's local counsel in this matter and Mr. Slipakoff has been admitted *pro hac vice*. *See* ECF Nos. 22 and 24.

  Local Rule 101 states

> [a]ny party represented by an attorney who has been admitted pro hac vice must also be represented by an attorney who has been formally admitted to the Bar of this Court who shall sign all documents and, unless excused by the presiding judge, be present at any court proceedings.

Local Rule 101(b)(i).

DUANE MORRIS LLP

111 SOUTH CALVERT STREET, SUITE 2000 BALTIMORE, MD 21202  PHONE: +1 410 949 2900 FAX: +1 410 949 2901

The Honorable Paula XinisDuaneMorris
June 15, 2016
Page 2

      Mr. Chong will be unavailable on Friday, June 17, 2016 (the date of the status conference) as he will be in transit to a previously scheduled wedding. Mr. Slipakoff will participate in the June 17, 2016 call on Ocwen's behalf. Mr. Slipakoff is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

      Accordingly, we request that the Court allow Mr. Slipakoff to participate in the June 17, 2016 status conference call on Ocwen's behalf without Mr. Chong's presence.

      Thank you for your attention to this matter.

Respectfully,

Phillip Chong

PC